## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Innovatio IP Ventures, LLC

                            Plaintiff,

v.                                               Case No.: 1:15−cv−02269

                                               Honorable Elaine E. Bucklo

Realtek Semiconductor Corporation

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: A notice of dismissal having been filed, Realtek Semiconductor Corporation, Case No. 1:15−cv−02269, is dismissed without prejudice. Each party shall bear its own costs and attorneys fees. All pending dates before this court are stricken. Civil case terminated. MDL Closing order of member case. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.